MARK GOLDROSEN, CBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, California 94103
TEL: (415) 565-9600
FAX: (415) 565-9601

Attorney for Defendant
ANTONIO GILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | No. CR-13-00764-002 WHO |
|---|---|---|
| Plaintiff, | ) | ADDITIONAL LETTERS IN SUPPORT OF DEFENDANT ANTONIO GILTON'S SENTENCING MEMORANDUM |
| vs. | ) | |
| ANTONIO GILTON, | ) | |
| Defendant. | ) | DATE: October 4, 2019 |
| | ) | TIME: 1:30 p.m. |
| _____ | ) | DEPT: Hon. William H. Orrick |

Defendant ANTONIO GILTON submits the attached letter as an additional exhibit in support of his sentencing memorandum.

DATED: October 1, 2019         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Mark Goldrosen
　　　　　　　　　　　　　　　　　　　MARK GOLDROSEN
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　ANTONIO GILTON