September 26, 2019

To The Honorable District Court

Judge Orrick;

With all due respect my name is Antonio Gilton, Sr. I am the father of Antonio Gilton II. I am writing you this letter asking for your Grace, Mercy and Leniency in the sentencing of my son Antonio Gilton II.

I Antonio Sr. graduated for High School and 2 years of Junior College and was employed after my second year in Junior College. I worked 20 years for United Airlines, and I am currently employed.

Antonio II was born and raised here in San Francisco, California in a spiritual household with his parents and grandparents in the family's home. He went through San Francisco Public School System beginning with Roof Top Elementary.

My son Antonio was a good kid growing up, he got along with others. He has great leadership skills and a great deal of compassion at such an early age. He grew up with strong family values, and integrity, mostly coming from his grandparents. He participated in a lot of our church activities. He would listen to his grandparent's stories about their struggles coming from the South in the early 40's.

Antonio graduated from High School and had a child at an early age. He had been working to take care of his daughter. He also participated in activities at the San Francisco Boys and Girls Club, tutoring younger children as well.

I feel partly responsible your Honor, because his mother and I broke up at a time where I should have been there for him.

I am asking your Honor for your leniency Sir. My son has made some mistakes in his travels of life. We want him to have an opportunity to be able to come home and be with his children and his family.

As a family, we understand the seriousness of the situation that my son faces. However we also know that my son played no role in much of the violence and destruction that the government alleges. He is truly sorry for the pain he has caused the Families, because of his involvement.

Your Honor as you know, he has been incarcerated coming up on eight years of which we could not get back. I am asking your Honor as a parent for your leniency

Sincerely

*Antonio Gilton Sr.*

Antonio Gilton, Sr.